UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

La'Quedrick As-Sidiq,                                    Civ. No. 25-1978 (JWB-SGE)

        Plaintiff,

v.                                                                    **ORDER ACCEPTING
                                                                      REPORT AND RECOMMENDATION**
Brian Melton and Caitlin Hurlock[1],                **OF MAGISTRATE JUDGE**

        Defendants.

La'Quedrick As-Sidiq, pro se Plaintiff.

United States Magistrate Judge Shannon G. Elkins issued a Report and Recommendation ("R&R") on May 14, 2025. (Doc. No. 4). No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1.     The May 14, 2025 R&R (Doc. No. 4) is **ACCEPTED**;

---

[1]     Plaintiff uses two different spellings for Ms. Hurlock's first name in the Complaint. The Court will use the spelling indicated in the docket for the above-captioned case.

    2.    Plaintiff La'Quedrick As-Sidiq's Complaint for Violation of Civil Rights (Doc. No. 1) is **DISMISSED WITH PREJUDICE**;[2] and

    3.    Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 12, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge

---

[2] This dismissal is based solely on the grounds that the only named Defendants are prosecutors entitled to absolute immunity from damages under 42 U.S.C. § 1983 for actions taken in their prosecutorial roles. This Order does not preclude Plaintiff from asserting claims against other individuals in a separate action, to the extent he believes other allegations in the Complaint—such as denial of medical care—support a claim against properly named defendants.